Form 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| CHINT SOLAR (HONG KONG) COMPANY LIMITED, CHINT SOLAR (JIUQUAN) CO., LTD., CHINT SOLAR (ZHEJIANG) CO., LTD., CHINT NEW ENERGY TECHNOLOGY CO., LTD. (F/K/A CHINT NEW ENERGY TECHNOLOGY (HAINING) CO., LTD.), M.L.T. SOLAR ENERGY PRODUCT CO., LTD., ASTRONERGY NEW ENERGY TECHNOLOGY (SINGAPORE) PTE. LTD, and ASTRONERGY SOLAR,<br><br>                    Plaintiffs,<br>        v.<br><br>UNITED STATES,<br><br>                    Defendant. | **SUMMONS**<br><br>Court No. 26-01231 |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1.   <u>Name and standing of plaintiff:</u>

   Plaintiffs Chint Solar (Hong Kong) Company Limited, Chint Solar (Jiuquan) Co., Ltd., Chint Solar (Zhejiang) Co., Ltd., Chint New Energy Technology Co., Ltd. (f/k/a Chint New Energy Technology (Haining) Co., Ltd.), M.L.T. Solar Energy Product Co., Ltd., and ASTRONERGY NEW ENERGY TECHNOLOGY (SINGAPORE) PTE. LTD., are foreign producers/exporters of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules. Plaintiff Astronergy Solar is a U.S. importer of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules. Plaintiffs' products were the subject of the U.S. Department of Commerce's countervailing duty administrative review, for which the final results were published as *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2022,* 91 Fed. Reg. 3419 (January 27, 2026).

  Plaintiffs participated as parties in the above-referenced administrative review and are interested parties described in Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). Plaintiffs accordingly have standing to bring this action under 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c).

2.  <u>Brief description of the contested determination:</u>

  Plaintiffs contest the U.S. Department of Commerce's final results in *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China: Final Results of Countervailing Duty Administrative Review; 2022,* dated January 27, 2026.

3.  <u>Effective date of the determination:</u>

  The International Trade Administration of the U.S. Department of Commerce issued the *Final Results* in the above referenced administrative review on January 27, 2026 (91 Fed. Reg. 3419).

4.  <u>Date of publication in the Federal Register:</u>

  The contested *Final Results* in the above-referenced case were published in the Federal Register on January 27, 2026 (91 Fed. Reg. 3419).

             Respectfully submitted,

             <u>/s/ Ned H. Marshak</u>
             Ned H. Marshak*
             Andrew T. Schutz
             Jordan C. Kahn
             Elaine F. Wang

             GRUNFELD, DESIDERIO, LEBOWITZ
             SILVERMAN & KLESTADT LLP
             *599 Lexington Avenue
             Floor 36
             New York, New York 10022
             (212) 557-4000

             1201 New York Ave., NW
             Suite 650
             Washington, DC 20005
Dated: <u>February 26, 2026</u>      (202) 783-6881

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20005

General Counsel
Office of the Chief Counsel for Import Administration
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

      (As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)