**UNITED STATES COURT OF INTERNATIONAL TRADE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                        :
CHINT SOLAR (HONG KONG) COMPANY LIMITED :
et al,                                     :
                                        :
            Plaintiffs,               :
                                        :
            v.                     :     Court No. 26-01231
                                        :
UNITED STATES,                 :
                                        :
            Defendant.           :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

**<u>ORDER OF DISMISSAL</u>**

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                      Gina Justice
                                      Clerk of the Court

                  By:     <u>/s/ Scott Warner</u>
                          Deputy Clerk

Date:   April 1, 2026
          New York, New York